**Electronically Filed
Supreme Court
SCPW-15-0000964
20-JAN-2016
12:49 PM**

SCPW-15-0000964

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CHRISTOPHER GRINDLING, Petitioner,

vs.

THE CIRCUIT COURT OF THE SECOND CIRCUIT OF THE STATE OF HAWAI'I
and STATE OF HAWAI'I, Respondents.

---

ORIGINAL PROCEEDING
(CR. NOS. 15-1-0347(2), 15-1-0564(4), and 15-1-0968(3))

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Christopher Grindling's petition for a writ of mandamus, filed on December 30, 2015, and the record, it appears that Petitioner fails to demonstrate that he has a clear and indisputable right to the requested relief or that he lacks alternative means to seek relief. Petitioner, therefore, is not entitled to the requested writ of mandamus. See Kema v. Gaddis, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative

means to redress adequately the alleged wrong or obtain the requested action). Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for a writ mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, January 20, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

